THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Ephrain
 Reliford, Jr., Appellant.
 
 
 

Appeal from Aiken County
  James W. Johnson, Jr., Circuit Court
Judge

Unpublished Opinion No. 2008-UP-491
 Submitted August 1, 2008  Filed August
15, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM: Ephrain Reliford, Jr., pled guilty to manslaughter in
 1995. The circuit court sentenced Reliford to thirty years imprisonment.  On
 appeal, Reliford maintains the trial court erred in denying his motion to
 withdraw his plea because the plea was based on false information provided by
 his counsel.  After a thorough review of
 the record and counsels brief pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] Relifords appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
KONDUROS, J., CURETON, and
GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.